**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/03/2017

IN RE:

| | |
|---|---|
| CHRISTOPHER TOD HEPLER<br>KERRY JOYCE HEPLER<br>573 UPPER SAGE RUN ROAD<br>OIL CITY, PA  16301<br>XXX-XX-1768        Debtor(s)<br><br>XXX-XX-7977 | Case No.12-11454 TPA<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/3/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **AMERICAN LOAN SERVICING**<br>1192 E DRAPER PKWY STE 205<br><br>DRAPER, UT  84020 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM:  0.00<br>COMMENT:  LOAN MDF APPROVED @ CID 60*AMERICAN HM MTG/PL*W58-59*FR KONDAUR-D( | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1828 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTN**<br>POB 129*<br><br>MONROEVILLE, PA  15146 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM:  935.92<br>COMMENT:  FIRST NATIONAL BANK OF PA | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...2533 |
| **AMERICAN EXPRESS**<br>C/O BECKET & LEE LLP<br>POB 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...5283 |
| **AMERICAN EXPRESS**<br>C/O BECKET & LEE LLP<br>POB 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...5283 |
| **CANDICA LLC**<br>C/O WEINSTEIN & RILEY PS<br>POB 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  1,146.99<br>COMMENT:  8199 BANK OF AMERICA/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6185 |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br><br>NEWARK, DE  19713 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...3561 |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br><br>NEWARK, DE  19713 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...6303 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...0591 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...9223 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br><br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...9808 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CHEXSYSTEMS**<br>7805 HUDSON RD STE 100<br><br>WOODBURY, MN  55125 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **CITIFINANCIAL (RE*)**<br>BANKRUPTCY REMITTANCE<br>POB 70919<br>CHARLOTTE, NC  28272-0919 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...1603 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH*CITIZENS BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0002 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH*CITIZENS BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0001 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH*CITIZENS BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0004 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH*CITIZENS BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0003 |
| **CONTINENTAL AUTO RECEIVABLES**<br>C/O SST<br>POB 3999*<br>ST JOSEPH, MO  64503 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...4172 |
| **CONTINENTAL AUTO RECEIVABLES INC**<br>601 HOLIDAY DR<br>BLDG # 3<br>PITTSBURGH, PA  15220 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...1001 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  UPMC NORTHWEST | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...8969 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  UPMC NORTHWEST | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...5819 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: UPMC NORTHWEST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6097 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: UPMC NORTHWEST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1601 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: UPMC NORTHWEST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1731 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: UPMC NORTHWEST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1733 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: UPMC NORTHWEST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8966 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: UPMC NORTHWEST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6098 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: UPMC NORTHWEST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2501 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1598 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2503 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH  43054 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 1-2 | CLAIM: 11,074.19<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2242 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH  43054 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 7,710.12<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7833 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH  43054 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4859 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0502 |
| **GMAC***<br>ATTN TRUSTEE PAYMENT CENTER<br>POB 78367<br>PHOENIX, AZ  85062 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7048 |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6834 |
| **HB FSB**<br>2929 WALDEN ST<br>DEPEW, NY  14043 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1023 |
| **HB FSB**<br>2929 WALDEN ST<br>DEPEW, NY  14043 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4572 |
| **HSBC/BONTON ++**<br>ATTN: BANKRUPTCY<br>PO BOX 15522<br>WILMINGTON, DE  19850 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0411 |
| **HSBC/BONTON ++**<br>ATTN: BANKRUPTCY<br>PO BOX 15522<br>WILMINGTON, DE  19850 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9953 |
| **HSBC TAXPAYER FINCL SVCS/FKA**<br>HOUSEHOLD TAX MASTERS<br>90 CHRISTIANA RD<br>NEW CASTLE, DE  19720 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH*POLARIS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6740 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **HSBC BANK USA++** POB 5213 CAROL STREAM, IL 60197 | Trustee Claim Number:41 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...9795 |
| **LEASE FINANCE GROUP++** 233 N MICHIGAN AVE STE 1800 CHICAGO, IL 60601-5519 | Trustee Claim Number:42 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...6000 |
| **NCO FINANCIAL SYSTEMS INC(*)++** 507 PRUDENTIAL RD HORSHAM, PA 19044 | Trustee Claim Number:43 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH*PROGRESSIVE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...8165 |
| **NORTHWEST SAVINGS BANK**** COLLECTIONS DEPT* POB 337* WARREN, PA 16365 | Trustee Claim Number:44 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...4025 |
| **NORTHWEST SAVINGS BANK**** COLLECTIONS DEPT* POB 337* WARREN, PA 16365 | Trustee Claim Number:45 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...0972 |
| **PRA/PORTFOLIO RECOVERY ASSOC** POB 12914 NORFOLK, VA 23541 | Trustee Claim Number:46 INT %: 0.00% Court Claim Number:4 | CLAIM: 4,247.11 COMMENT: PNC/SCH*FR NATL CAP MGMT*DOC 54 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6149 |
| **PNC BANK NA** POB 94982 CLEVELAND, OH 44101 | Trustee Claim Number:47 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR~INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...2555 |
| **PRA/PORTFOLIO RECOVERY ASSOC** POB 12914 NORFOLK, VA 23541 | Trustee Claim Number:48 INT %: 0.00% Court Claim Number:7 | CLAIM: 6,745.28 COMMENT: SEARS | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...3702 |
| **SEARS/CITI CARD USA*+++** BANKRUPTCY DEPT* POB 182149* COLUMBUS, OH 43218 | Trustee Claim Number:49 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...5905 |
| **SNAP-ON CREDIT LLC** 950 TECHNOLOGY WAY STE 350* LIBERTYVILLE, IL 60048 | Trustee Claim Number:50 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...0378 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **SNAP-ON CREDIT LLC**<br>950 TECHNOLOGY WAY STE 350*<br><br>LIBERTYVILLE, IL  60048 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0378 |
| **STATE COLLECTION SERVICE INC**<br>POB 6250<br><br>MADISON, WI  53701 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...1073 |
| **TRANSAMERICA BANK**<br>C/O CBS<br>POB 740933<br><br>DALLAS, TX  75374 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...3667 |
| **WASHINGTON MUTUAL/PROVIDIAN**<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...4267 |
| **WELLS FARGO FINANCIAL**<br>2501 SEAPORT DR<br>POB 500 - MAC F6582-034<br><br>CHESTER, PA  19013 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9001 |
| **WORLD FINCL NETWORK NATL BANK/**<br>EXPRESS<br>POB 182124<br><br>COLUMBUS, OH  43218-2124 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~INFO ONLY~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...6738 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  RESI WHOLE LOAN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICAN LOAN SERVICING**<br>1192 E DRAPER PKWY STE 205<br><br>DRAPER, UT  84020 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  4,938.10<br>COMMENT:  987.62/LOSS MITT PMT*BG 12/12*987.62 x (58 + 2)=LMT*AMERICAN HM MTG/PL*W | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  1828 |
| **AMERICAN LOAN SERVICING**<br>1192 E DRAPER PKWY STE 205<br><br>DRAPER, UT  84020 | Trustee Claim Number:59  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  0.00<br>COMMENT:  LOAN MDF APPROVED CID 60*53164.88/CL*FR KONDAUR-DOC 85*FR APS-DOC 93 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  1828 |
| **AMERICAN LOAN SERVICING**<br>1192 E DRAPER PKWY STE 205<br><br>DRAPER, UT  84020 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  0.00<br>COMMENT:  PMT/LOAN MDF-PL*BG 06/13*1490.48x53+2=LMT*DK*W1-58-59*FR KONDAUR-DOC | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  1828 |

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| WELTMAN WEINBERG & REIS CO LP | Court Claim Number: | ACCOUNT NO.:  AUR |
| 2500 KOPPERS BUILDING | | |
| 436 7TH AVE | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  RESI WHOLE LOAN IV LLC/PRAE | |