**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/17/17 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  CHRISTOPHER TOD HEPLER<br>KERRY JOYCE HEPLER<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  CHRISTOPHER TOD HEPLER<br>KERRY JOYCE HEPLER<br><br>     Respondents | Case No.12-11454TPA<br><br>Chapter 13<br><br>Document No. __104__ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___17th___ day of __November__, 20__17__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Minichs Mobile Home Incoporated
Attn: Payroll Manager
1682 Riverside Dr
Oil City, PA 16301

is hereby ordered to immediately terminate the attachment of the wages of CHRISTOPHER TOD HEPLER, social security number XXX-XX-1768. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTOPHER TOD HEPLER.

BY THE COURT:

_____
jlm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
   Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher Tod Hepler  
Kerry Joyce Hepler  
    Debtors

Case No. 12-11454-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Nov 17, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.  
db/jdb      +Christopher Tod Hepler,    Kerry Joyce Hepler,    573 Upper Sage Run Road,    Oil City, PA 16301-3947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    RESI WHOLE LOAN IV, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Daniel P. Foster    on behalf of Joint Debtor Kerry Joyce Hepler dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       Daniel P. Foster    on behalf of Debtor Christopher Tod Hepler dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       James Warmbrodt    on behalf of Creditor    RESI WHOLE LOAN IV, LLC bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                           TOTAL: 6