**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER TOD HEPLER<br>KERRY JOYCE HEPLER<br>      Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>          Movant<br>       vs.<br>No Repondents. | Case No.:12-11454 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

February 23, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/15/2012 and confirmed on 12/20/12 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 103,164.92 |
| Less Refunds to Debtor | 1,924.73 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,240.19 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,800.00 | |
|    Trustee Fee | 3,844.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,644.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   AMERICAN LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1828 | | | | |
|   AMERICAN LOAN SERVICING | 4,938.10 | 4,938.10 | 0.00 | 4,938.10 |
|     Acct: 1828 | | | | |
|   AMERICAN LOAN SERVICING | 0.00 | 81,976.40 | 0.00 | 81,976.40 |
|     Acct: 1828 | | | | |
|   AMERICAN LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1828 | | | | |
| | | | | 86,914.50 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER TOD HEPLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER TOD HEPLER | 507.69 | 507.69 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER TOD HEPLER | 1,417.04 | 1,417.04 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***N O N E *** | | |
| **Unsecured** | | | | |
|   AAS DEBT RECOVERY INC/AMERICAN AI | 935.92 | 196.28 | 0.00 | 196.28 |
|     Acct: XXX2533 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5283 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5283 | | | | |
|   CANDICA LLC | 1,146.99 | 240.55 | 0.00 | 240.55 |
|     Acct: 6185 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX3561 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6303 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0591 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9223 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9808 | | | | |
| CHEXSYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CITIFINANCIAL (RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1603 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0002 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0001 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0004 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0003 | | | | |
| CONTINENTAL AUTO RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4172 | | | | |
| CONTINENTAL AUTO RECEIVABLES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1001 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8969 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5819 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6097 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1601 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1731 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1733 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8966 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6098 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2501 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1598 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2503 | | | | |
| DISCOVER BANK(*) | 11,074.19 | 2,322.51 | 0.00 | 2,322.51 |
| Acct: 2242 | | | | |
| DISCOVER BANK(*) | 7,710.12 | 1,616.99 | 0.00 | 1,616.99 |
| Acct: 7833 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4859 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0502 | | | | |
| GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7048 | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6834 | | | | |
| HB FSB | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX1023 | | | | |
| HB FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4572 | | | | |
| HSBC/BONTON ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0411 | | | | |
| HSBC/BONTON ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9953 | | | | |
| HSBC TAXPAYER FINCL SVCS/FKA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6740 | | | | |
| HSBC BANK USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9795 | | | | |
| LEASE FINANCE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6000 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8165 | | | | |
| NORTHWEST SAVINGS BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4025 | | | | |
| NORTHWEST SAVINGS BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0972 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,247.11 | 890.72 | 0.00 | 890.72 |
| Acct: 6149 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2555 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,745.28 | 1,414.64 | 0.00 | 1,414.64 |
| Acct: XXX3702 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5905 | | | | |
| SNAP-ON CREDIT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0378 | | | | |
| SNAP-ON CREDIT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0378 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1073 | | | | |
| TRANSAMERICA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3667 | | | | |
| WASHINGTON MUTUAL/PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4267 | | | | |
| WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9001 | | | | |
| WORLD FINCL NETWORK NATL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6738 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: AUR | | | | |
| | | | | 6,681.69 |

TOTAL PAID TO CREDITORS                                                    93,596.19

| | |
|---|---:|
| TOTAL | |
| CLAIMED | 0.00 |
| PRIORITY | 4,938.10 |
| SECURED | 31,859.61 |

Date: 02/23/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    CHRISTOPHER TOD HEPLER<br>    KERRY JOYCE HEPLER<br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:12-11454 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                              BY THE COURT:

                                                              _____
                                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-11454-TPA
Christopher Tod Hepler                                                    Chapter 13
Kerry Joyce Hepler
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                Page 1 of 2           Date Rcvd: Feb 27, 2018
                              Form ID: pdf900           Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
```
db/jdb         +Christopher Tod Hepler,    Kerry Joyce Hepler,    573 Upper Sage Run Road,
                 Oil City, PA 16301-3947
cr             +American Home Mortgage Servicing, Inc.,    1525 S. Beltline Road,    Suite 100-N,
                 Coppell, TX 75019-4913
cr             +Continental Auto Receivables, Inc.,    5747 Perimeter Drive,    Suite 140,
                 Dublin, OH 43017-3245
cr             +Transamerica Bank,    PO Box 130,   Crystal Lake, IL 60039-0130
13490418       +Aas Debt Recovery Inc,    Po Box 129,   Monroeville, PA 15146-0129
13490419       +American Express,    PO Box 981535,   El Paso, TX 79998-1535
13888178       +American Loan Servicing,    1192 E Draper Pkwy, Ste 205,    Draper UT 84020-9356
13671150       +American Pension Services,    1192 E. Draper Parkway,    Suite 155,   Draper UT 84020-9356
13528108       +Andrew F. Gornall, Esquire,    KML Law Group PC,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13490422       +Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
13490421       #+Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
13490423       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13490424       +Chase Manhattan Bank,    Attn: Bankruptcy,    Po Box 15145,    Wilmington, DE 19850-5145
13490426       +Citifinancial Mortgage,    PO Box 9438,    Gaithersburg, MD 20898-9438
13490427       +Citizens Bank,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13490428       +Citizens Bank,    PO Box 2461,   Harrisburg, PA 17105-2461
13490429       +Cont Aut / Sst,    4315 Pickett Road,   Saint Joseph, MO 64503-1600
13490430       +Continental Auto Receivables, Inc.,    515 South Capital of Texas Highway,    Suite 120,
                 Austin, TX 78746-4305
13490433       +First National Bank Of Pa,    1 Fnb Boulevard,    Hermitage, PA 16148-3363
13490436       +Goldbeck McCafferty & McKeever,    Suite 5000,   701 Market Street,
                 Philadelphia, PA 19106-1541
13490437       +Hb Fsb,   2929 Walden Street,    Depew, NY 14043-2602
13490438        Hsbc / Bonton,    Attn: Bankruptcy,    Po Box 15522,   Wilmington, DE 19850
13490439       +Hsbc / Polaris,    90 Christiana Road,    New Castle, DE 19720-3118
13490440       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,   Carol Stream, IL 60197-5213
13526662       +Kondaur Capital Corporation, et al,    One City Blvd West,    Suite 600,   Orange, CA 92868-3639
13490443       +Northwest Savings Bank,    c/of Colleen Lamberto,    P.O. Box 128,   Warren, PA 16365-0128
13490444       +PNC Bank,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13490445       +Resi Whole Loan IV, LLC,    1000 Technology Drive,    MS 730,   O'Fallon, MO 63368-2239
13490448      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court:   Snap-on Credit Llc,    1125 Tri-State Parkway,    Gurnee, IL 60031)
13490447       +Sears / Cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
13490446       +Sears / Cbsd,    8725 West Sahara Avenue,    The Lakes, NV 89163-0001
13490449       +State Collection Service,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
13490450       +Transamerica Bank,    11227 Lakeview Avenue,    Lenexa, KS 66219-1399
13490451       +Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 15298,
                 Wilmington, DE 19850-5298
13490452       +Wells Fargo Financial,    2501 Seaport Drive,    Suite Bh30,    Chester, PA 19013-2249
13490453       +Wfnnb / Express,    c/of Comenity Bank,    P.O. Box 182025,    Columbus, OH 43218-2025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2018 02:54:56
                 PRA Receivables Management, LLC,    PO Box 41067,   Norfolk, VA 23541-1067
13514865       +E-mail/Text: bncmail@w-legal.com Feb 28 2018 02:34:40      CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13490425       +Fax: 602-659-2196 Feb 28 2018 03:47:35      ChexSystems,   Consumer Relations,
                 7805 Hudson Road,   Suite 100,   Woodbury, MN 55125-1595
13490431       +E-mail/Text: abovay@creditmanagementcompany.com Feb 28 2018 02:34:51
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14018462        E-mail/Text: mrdiscen@discover.com Feb 28 2018 02:33:50      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
13510236        E-mail/Text: mrdiscen@discover.com Feb 28 2018 02:33:50      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13490432       +E-mail/Text: mrdiscen@discover.com Feb 28 2018 02:33:50      Discover Financial Services LLC,
                 Po Box 6103,   Carol Stream, IL 60197-6103
13490434       +E-mail/Text: ally@ebn.phinsolutions.com Feb 28 2018 02:33:50      G M A C,    PO Box 380901,
                 Bloomington, MN 55438-0901
13490435       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2018 03:28:59      GE Money Bank / JCPenney,
                 Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
13517154       +E-mail/Text: bknotice@ncmllc.com Feb 28 2018 02:34:41      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13490442       +E-mail/Text: bankruptcydepartment@tsico.com Feb 28 2018 02:34:59      Nco Financial / 99,
                 Po Box 15636,   Wilmington, DE 19850-5636
13578643        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2018 02:36:26
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13570515        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2018 02:55:04
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
```

```
District/off: 0315-1              User: jmar                  Page 2 of 2                    Date Rcvd: Feb 27, 2018
                                  Form ID: pdf900             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                  TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              RESI WHOLE LOAN IV, LLC
cr*            +American Loan Servicing,   1192 E. Draper Pkwy, Ste 205,   Draper, UT 84020-9356
cr*            +American Pension Services,   1192 E. Draper Parkway,   Suite 155,   Draper, UT 84020-9356
13490420     ##+American Home Mortgage Services,   1525 South Belt Line Road,   Coppell, TX 75019-4913
13490441     ##+Lease Finance Group LLC,   65 East Wacker Place,   Suite 510,   Chicago, IL 60601-7255
                                                                                   TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    RESI WHOLE LOAN IV, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Joint Debtor Kerry Joyce Hepler dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Christopher Tod Hepler dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    RESI WHOLE LOAN IV, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                   TOTAL: 6
```